UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRAVIS ORSO | * | CIVIL ACTION |
| VERSUS | * | NO. 21-2022 |
| SHERIFF CRAIG WEBRE, ET AL. | * | SECTION "I" (2) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff Travis Orso's 42 U.S.C. § 1983 complaint against defendants, Lafourche Parish Sheriff Craig Webre, Warden Cantrell Davis, Assistant Warden Karla Beck, each in their supervisory capacity, and Lieutenant Stanley Jones, in his personal capacity is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A.

New Orleans, Louisiana, this 12th day of December, 2022.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**